S. LANE TUCKER
United States Attorney

JAMES KLUGMAN
CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: james.klugman@usdoj.gov
Email: carly.vosacek@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>ANTHONY RAY JOSEPH,<br><br>              Defendant. | No.   4:23-cr-00014-RRB-SAO<br><br>COUNT 1<br>ATTEMPTED BANK ROBBERY<br>  Vio. of 18 U.S.C. § 2113(a) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about June 29, 2023, within the District of Alaska, the defendant, ANTHONY

RAY JOSEPH, attempted to take by force, violence, and intimidation from the person and

presence of another, money belonging to and in the care, custody, control, management,

and possession of Global Credit Union, a credit union whose accounts were then insured by the National Credit Union Administration Board.

All of which is in violation of 18 U.S.C. § 2113(a).

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ James Klugman
JAMES KLUGMAN
Assistant U.S. Attorney
United States of America

s/ Kate Vogel
S. LANE TUCKER
United States Attorney

DATE:     7/19/2023